■ In the Matter of ROBERT B. COLE, Appellant, v WALTER FOGG, as Superintendent of Eastern Correctional Facility, et al., Respondents. — Appeal from a judgment of the Supreme Court at Special Term, entered April 15, 1980 in Ulster County, which dismissed petitioner's application in a proceeding pursuant to CPLR article 78, to vacate respondent's determination in disciplinary proceedings taken against him while an inmate at the Eastern Correctional Facility. Judgment affirmed, without costs. (See CPLR 7804, subd [c].) Greenblott, J. P., Sweeney, Kane, Main and Mikoll, JJ., concur.